IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01684-RM-MJW

GREGORY REICH and
LYNN REICH, his wife;
Individually, and on behalf of all others similarly situated,

Plaintiff(s),

v.

GENZYME CORPORATION,
THE CEREZYME STAKEHOLDERS WORKING GROUP, and
EXPRESS SCRIPTS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Approve Stipulation (Docket No. 8) and the Stipulation for Amendments to Plaintiffs' Complaint; to Extend Time to Answer; and to Extend Page Limits (Docket No. 7), which was filed as a motion, are granted in part and denied in part.

The motions (Docket Nos. 7 and 8) are denied as unnecessary with respect to the stipulations for extensions of time made pursuant to D.C.COLO.LCivR 6.1(a). Such stipulations need not be approved by court order on motion.

The motions (Docket Nos. 7 and 8) are further denied with respect to the request for a continuance of the Scheduling Conference, which remains set on August 13, 2014, at 9:30 a.m.

The motions (Docket Nos. 7 and 8) are granted with respect to the request to extend the page limitations for a possible motion to dismiss. If defendant Genzyme Corporation files a motion to dismiss, such motion and the response thereto may be no more than 40 pages in length, and any reply may be no longer than 20 pages.

Counsel are directed to not file any similar compound motions; rather, counsel shall file separate motions for each type of relief sought.

Date: July 23, 2014