IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01684-RM-MJW

GREGORY REICH and
LYNN REICH, his wife;
Individually, and on behalf of all others similarly situated,

Plaintiff(s),

v.

GENZYME CORPORATION,
THE CEREZYME STAKEHOLDERS WORKING GROUP, and
EXPRESS SCRIPTS, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Withdraw as Counsel for Defendant Express Scripts, Inc. (docket no. 24) is GRANTED finding good cause shown. Attorney Sudee Mirsafian Wright is hereby WITHDRAWN as counsel of record for Defendant Express Scripts, Inc. Sudee Mirsafian Wright shall be removed from the CM/ECF electronic notice list.

     It is FURTHER ORDERED that the Unopposed Motion to Continue the August 13, 2014 Scheduling Conference with Proposed New Hearing Dates Identified (docket no. 21) is GRANTED as follows. The Rule 16 Scheduling Conference set on August 13, 2014 at 2:30 p.m. is VACATED and reset to September 22, 2014 at 9:00 a.m. The parties shall file with the court their proposed Rule 16 Scheduling Order five days prior to the Rule 16 Scheduling Conference.

Date:   August 11, 2014