IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-01684-RM-MJW

GREGORY REICH and LYNN REICH, his wife; individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

GENZYME CORPORATION, THE CEREZYME STAKEHOLDERS WORKING GROUP and EXPRESS SCRIPTS, INC.,

    Defendants.

**ORDER RE:  STIPULATED MOTION TO DISMISS WITH PREJUDICE (ECF NO. 32)**

THIS MATTER, having come before the Court upon the Parties' *Stipulated Motion to Dismiss with Prejudice*, and the Court being fully advised of the matters contained in said Motion, find that the same shall be and hereby is granted.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED  AND DECREED  that the Parties' *Stipulated Motion to Dismiss with Prejudice* be, and hereby is, granted.  Defendant Express Scripts, Inc. is hereby dismissed.

DATED this 27th day of August, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge