IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01684-RM-MJW

GREGORY REICH and
LYNN REICH, his wife;
Individually, and on behalf of all others similarly situated,

Plaintiff(s),

v.

GENZYME CORPORATION,
ACCREDO HEALTH GROUP, and
CURASCRIPT, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant Genzyme Corporation's Motion to Strike, or Alternatively, Motion for Leave to File Responsive Briefing (Docket No. 65) is granted to the extent that defendants shall have up to and including June 15, 2015, to file a response to the supplemental authorities/arguments submitted by plaintiff with respect to the pending motions to dismiss.

Date:   May 22, 2015