**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**   14-cv-01684-RM-MJW | FTR - Courtroom A-502 |
| **Date:**   June 30, 2015 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| GREGORY REICH and<br>LYNN REICH, his wife;<br>Individually, and on behalf of all others similarly situated,<br><br>        Plaintiff(s),<br><br>v.<br><br>GENZYME CORPORATION,<br>ACCREDO HEALTH GROUP, and<br>CURASCRIPT, INC.,<br><br>        Defendant(s). | C. Allen Black, Jr.<br>Rachel J. Goldfarb<br><br><br><br><br><br><br>John B. Dougherty<br>Charles Q. Socha<br>Thomas B. Quinn<br>Joshua G. Urquhart |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:    **MOTIONS HEARING**
**Court in Session:**    1:26 p.m.
Court calls case.  Appearances of counsel.

The Court raises Accredo Health Group, Inc. and Curascript, Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Complaint [Docket No. 43, filed September 22, 2014] and  Defendant Genzyme Corporation's Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(6) [Docket No. 44, filed September 22, 2014].

Oral Argument is presented by Mr. Dougherty, Mr. Urquhart, and Mr. Black.

**It is ORDERED:**    Accredo Health Group, Inc. and Curascript, Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Complaint [Docket No. **43**, filed September 22, 2014]   is **TAKEN  UNDER  ADVISEMENT.**
The court will issue its written Order.

**It is ORDERED:**    Defendant Genzyme Corporation's Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(6) [Docket No. **44**, filed September 22, 2014] is **TAKEN  UNDER  ADVISEMENT.**
The court will issue its written Order.

HEARING CONCLUDES.    **Court in recess:**   2:37 p.m.   Total In-Court Time:   01:11